## 13757.  WOODALL *v.* SWIFT & COMPANY.

LUKE, J.  1. There was no conflict in the evidence, and it demanded a verdict in favor of the plaintiff. It was therefore not error for the court to direct such a verdict.

2. The ground of the motion for a new trial which complains of the exclusion of evidence is without merit. It was not error to overrule the motion for a new trial.

> *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED DECEMBER 12, 1922.

Foreclosure of mortgage; from Lamar superior court — Judge Searcy. May 19, 1922.

*G. D. Dominick,* for plaintiff in error.

*Reagan & Reagan,* contra.